# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>Ashley LEAL-Garcia (1)<br>Cora GARCIA (2),<br><br>               Defendants. | Case No.: **20MJ2242**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 6, 2020, within the Southern District of California, Ashley LEAL-Garcia and Cora GARCIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 40.30 kilograms (88.84 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                                         _____

                                                                         Special Agent Alfred Amatore<br>
                                                                         Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 10th of June 2020.

                                                                         _____<br>
                                                                         HON. DANIEL BUTCHER<br>
                                                                          U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On June 7, 2020, at approximately 1950 hours, Ashley LEAL-Garcia, ("LEAL") and Cora GARCIA ("GARCIA"), both United States citizens applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #9.  LEAL was the driver and registered owner of a 2016 Mazda 3 ("the vehicle") bearing California license plates. GARCIA was a passenger in the vehicle.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from LEAL. LEAL stated she was crossing the border to go to Sacramento, California. A CBPO inspected the vehicle and observed packages inside the trunk of the vehicle.

A Canine Enforcement Team responded to an alert of a vehicle in primary operations vehicle lane #9. The Human and Narcotic Detection Dog alerted to the rear quarter panels of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the doors, quarter panels, bumper, and spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 84 packages concealed in the doors, rear seat, quarter panels, front bumper, and spare tire of the vehicle, with a total approximate weight of 40.30 kgs (88.84 lbs). A sample of the

1

substance contained within the packages field tested positive for the characteristics of methamphetamine.

LEAL and GARCIA were placed under arrest at approximately 2121 hours.

During a post-Miranda interview, both LEAL and GARCIA separately admitted that they were going to be paid money to smuggle the narcotics into the United States.

LEAL and GARCIA were charged with violating 21 USC 952/960 and issued a Notice to Appear.